UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>JETRO CASH & CARRY ENTERPRISES, LLC, JETRO HOLDINGS, LLC, AND RESTAURANT DEPOT, LLC,<br><br>Defendants. | Case No. 8:19-cv-01053-JLS-JDE<br><br>Hon. Josephine L. Staton<br><br>**ORDER DEEMING WITHDRAWN PLAINTIFF'S MOTION TO DISMISS AND ORDER EXTENDING TIME** |

Having considered the Joint Stipulation submitted by the parties, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court accepts Plaintiff's withdrawal of its motion (Dkt. No. 31) to dismiss the counterclaims in the Answer and First Amended Counterclaims;

2. Defendants may again amend their Answer by filing and serving a Second Amended Answer, including a single counterclaim for breach of the implied covenant of good faith and fair dealing, on or before November 27, 2019; and

3. Plaintiff shall answer or move with respect to the counterclaim in the Second Amended Answer on or before December 11, 2019.

**IT IS SO ORDERED.**

Dated:  November 27, 2019

_____
Hon. Josephine L. Staton
United States District Court Judge